IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                CRIMINAL ACTION NO. 1:08cr85WJG-RHW-1

WILLIAM C. BRELAND, JR.

O R D E R

THIS MATTER is before the Court on motion [34] of Defendant William C. Breland, Jr., for release pending sentencing. Upon review of the record, the Court finds that Defendant's motion is not well taken and should be denied.

Defendant has an extensive criminal history dating back to 1994, consisting of felony and misdemeanor charges, as well as probation violations and charges for failure to appear for court hearings. He currently has outstanding warrants for his arrest in the states of Arizona and Texas; has recent drug charges pending in state court in Harrison County; and has admitted to the recent use of cocaine. With this information before it supplied by the United States Probation Office, and the information contained in the United States' response to Defendant's motion for release, the Court determines that Defendant is not a candidate for release on bond, and the interest of the public would be best served by his remaining in custody pending his sentencing hearing. It is therefore,

ORDERED that Defendant William C. Breland, Jr.'s motion [34] for release on bond be, and is hereby, denied.

SO ORDERED this the 11th day of December, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE